AO 442 (Rev. 11/11) Arrest Warrant

11251943

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

United States of America
v.
JOHN YURKOVICH, JR.

*Defendant*

Case No. 2:21-mj-33

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* John Yurkovich, Jr. ,
who is accused of an offense or violation based on the following document filed with the court:

- ☐ Indictment
- ☐ Superseding Indictment
- ☐ Information
- ☐ Superseding Information
- ☑ Complaint
- ☐ Probation Violation Petition
- ☐ Supervised Release Violation Petition
- ☐ Violation Notice
- ☐ Order of the Court

This offense is briefly described as follows:

On or about March 17, 2021, in the county of Charleston in the District of South Carolina, the defendant violated Title 18, U.S.C. Sections 113(a)(4) and (6) (Assaults within maritime and territorial jurisdiction) and Title 49, U.S.C. 46506 (Application of Certain Criminal Laws to Acts on Aircraft).

Date: 03/18/2021

UNITED STATES DISTRICT COURT ★ DISTRICT OF SOUTH CAROLINA ★

Molly H. Cherry
*Issuing officer's signature*

City and state: Charleston, South Carolina

Molly H. Cherry, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 03-17-2021 , and the person was arrested on *(date)* 03-17-2021
at *(city and state)* Charleston, SC .

Date: 03-19-2021

Arrested by S/A Hamski, FBI
*Arresting officer's signature*

By: Bonnie Walters, Investigative Analyst
*Printed name and title*