IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 2:21-148 |
| | ) | |
| | ) | 18 U.S.C. § 7(5) |
| -versus- | ) | 18 U.S.C. § 113(a)(4) |
| | ) | 18 U.S.C. § 113(a)(6) |
| | ) | 49 U.S.C. § 46501 |
| **JOHN YURKOVICH, JR.** | ) | 49 U.S.C. § 46506 |
| | ) | |
| | ) | **INDICTMENT** |

**COUNT 1**
(Assault within Special Aircraft Jurisdiction of the United States)

THE GRAND JURY CHARGES:

That on or about March 17, 2021, in the District of South Carolina, the Defendant, **John Yurkovich, Jr.**, at a place within the special aircraft and territorial jurisdiction of the United States, namely United Flight 728, an aircraft belonging to a corporation created by the laws of the United States, while such aircraft was in flight, did knowingly and intentionally assault victims "J.H." and "I.L.", by striking, beating, and wounding, and causing serious bodily injury;

All in violation of Title 18, United States Code, Sections 7(5), 113(a)(4), 113(a)(6), and Title 49, United States Code, Sections 46501(1)(A), (2)(A), and Section 46506(1).

A TRUE BILL

[redacted]
FOREPERSON

M. Rhett DeHart
M. RHETT DEHART (el)
ACTING UNITED STATES ATTORNEY